UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRAD PAUL SMITH                                                                                  PLAINTIFF
ADC #660448

V.                                    No. 5:18CV00153-SWW-JTR

CORNELIUS CHRISTOPHER, Captain,
Varner Supermax, *et al.*                                                                       DEFENDANTS

### ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Smith's motion for temporary restraining order (Doc. 22) is denied.

2. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 9th day of May, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE