UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRAD PAUL SMITH                                                                            PLAINTIFF

V.                                  No. 5:18CV00153-SWW

CORNELIUS CHRISTOPHER, Captain,
Varner Supermax, *et al.*                                                          DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects. Defendants' motion for summary judgment (Doc. 46) is granted, and this case is dismissed in its entirety, with prejudice.

IT IS SO ORDERED this 23rd day of September, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE