# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

BRAD PAUL SMITH                                                                              PLAINTIFF

V.                                        No. 5:18CV00153-SWW

CORNELIUS CHRISTOPHER, Captain,
Varner Supermax, *et al.*                                                                 DEFENDANTS

## **JUDGMENT**

Consistent with the order entered on this day, this case is dismissed with prejudice.

DATED this 23rd day of September, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE